

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00199-CR

———————————————

JOHN THOMAS CRAWFORD, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1521267D

Before Bassel, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

On May 20, 2019, Appellant John Thomas Crawford filed a notice of appeal indicating his intent to appeal from his September 28, 2018 conviction for possession with intent to deliver methamphetamine in an amount of more than 4 but less than 200 grams. *See* Tex. Health & Safety Code Ann. § 481.112(d).

On May 28, 2019, we notified Crawford of our concern that we do not have jurisdiction over this appeal because his notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a). We warned him that we would dismiss this appeal for want of jurisdiction unless we received a response showing grounds to continue it. *See* Tex. R. App. P. 44.3. We received no response.

Our appellate jurisdiction is triggered through a timely filed notice of appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). If a notice of appeal is not timely filed, we do not have jurisdiction to address the merits of the appeal and may take no action other than to dismiss. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). Because Crawford's notice of appeal was not timely filed, we have no jurisdiction over this appeal. Accordingly, we dismiss it. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: August 8, 2019